IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 26 AM 11: 41
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| vs. § | Case No. A-10-CR-788LY |
| § | |
| CHAD MICHAEL NUGENT § | |
| Defendant. § | |

## ORDER

NOW COMES, Counsel's Motion to Withdraw for consideration by this Court, and after careful review the Court **FINDS** that it has merit.

THEREFORE, IT IS **ORDERED** that Turner Ford Gassaway shall be allowed to withdraw as attorney of record in the above styled and numbered cause of action effective *INSTANTER*.

Signed April 26, 2011.

_____
JUDGE, WESTERN
DISTRICT OF TEXAS